# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Citadel Watford City Disposal Partners, L.P., et al.,[1]<br><br>Debtors.<br><br>Gavin/Solmonese, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.,<br><br>Plaintiff,<br><br>v.<br><br>Duke Equity, L.P.,<br><br>Defendant. | Chapter 11<br><br>Case No. 15-11323 (KJC)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adv. Pro. No. 17-50653 (KJC) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors' Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al. (the "Liquidation Trustee"), through its undersigned counsel, hereby dismisses the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), made applicable to this Adversary Proceeding by Fed. R. Bankr. P. 7041, each party to bear its own costs.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Citadel Energy Services, LLC (7762); Pembroke Fields, LLC (0341); Citadel Energy SWD Holdings, LLC (5266) and Citadel Watford City Disposal Partners, LP (1520). The address for each Debtor is c/o Gavin/Solmonese LLC, Liquidation Trustee, 919 N. Market St., Suite 600, Wilmington, DE 19801.

{12058-001 NTC A0485025.DOCX 2}

| | |
|---|---|
| Dated:  September 18, 2017 | **SHAW FISHMAN GLANTZ & TOWBIN LLC** |
| | /s/ Thomas M. Horan |
| | Thomas M. Horan (DE Bar No. 4641) |
| | Johnna M. Darby (DE Bar No. 5153) |
| | 300 Delaware Ave., Suite 1370 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 691-3774 |
| | E-mail: thoran@shawfishman.com |
| | E-mail: jdarby@shawfishman.com |
| | |
| | -and- |
| | |
| | Allen J. Guon |
| | Allison Hudson |
| | 321 N. Clark St., Suite 800 |
| | Chicago, IL 60654 |
| | Telephone: (312) 541-0151 |
| | E-mail: aguon@shawfishman.com |
| | E-mail: ahudson@shawfishman.com |
| | |
| | *Counsel to Gavin/Solmonese LLC, Liquidation Trustee* |